**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHARIF KAZAL, ADAM KAZAL, TONY
KAZAL, and KARL KAZAL,

      Plaintiffs,

                               CASE NO.   8:17-CV-2945-T-23AAS

v.

MATTHEW PRICE,

      Defendant.

_____/

## JOINT STIPULATION BY ALL PARTIES FOR TRANSFER OF ACTION TO CENTRAL DISTRICT OF CALIFORNIA

Plaintiffs, CHARIF KAZAL, ADAM KAZAL, TONY KAZAL, and KARL KAZAL (collectively, "KAZAL Brothers" or "Plaintiffs") by and through undersigned counsel and Defendant, MATTHEW PRICE, by and through undersigned counsel, hereby stipulate to the transfer of this action from the United States District Court, Middle District of Florida, Tampa Division to the Central District of California, as the Central District of California has jurisdiction over all parties, is more convenient for all parties, and is expected to have personal jurisdiction over any potential new defendants that Plaintiffs may add with their contemplated amended complaint.

Pursuant to 28 USC §1404(a), a district court may transfer any civil action to any other district or division where it may have been brought or to any district or division to which all parties have consented.  It will be more convenient for all parties to this matter for this action to be transferred and litigated in the Central District of California.  The majority of the witnesses are in California, the location of documents and other evidence are in

California, the subject matter of the lawsuit (the websites) were created in California, and therefore discovery will be much more efficient in the Central District of California. Therefore, all of the parties to this litigation have agreed and stipulate to this Court that the requested transfer of this action to the Federal District Court in and for the Central District of California will be more convenient and efficient.

WHEREFORE, all parties to this litigation respectfully request the entry of an order transferring this matter to the Federal District Court in and for the Central District of California.

Dated: October 3, 2018


By:  /s/ *G. Wrede Kirkpatrick*
G. Wrede Kirkpatrick
Florida Bar No. 984116
**HINES NORMAN HINES, P.L.**
315 S. Hyde Park Ave.
Tampa, FL  33606
Phone:  (813) 251-8659
Facsimile: (813) 254-6153
wkirkpatrick@hnh-law.com
Local counsel for Plaintiffs, Charif Kazal,
Adam Kazal, Tony Kazal, and Karl Kazal


By: */s/ Bradford R. Sohn*                    By: *Steven T. Gebelin*
Bradford Rothwell Sohn, Esq.               Steven T. Gebelin, Esq.
Florida Bar No. 98788                          (*Pro Hac Vice* application to be filed)
The Brad Sohn Law Firm, PLLC            8383 Wilshire Blvd., Suite 520
2600 South Douglas Rd., Ste 1007        Beverly Hills, CA 90211
Coral Gables, FL  33134-4096              Phone:  (310) 341-3072
Phone:  (786) 708-9750                        Facsimile:  (310) 341-3070
Facsimile:  (305) 397-0650                   steven@syversonlaw.com
brad@sohn.com                                   Attorney for Defendant Matthew Price
Attorney for Defendant Matthew Price

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of October, 2018, a copy of the foregoing

document was electronically filed with the Clerk of the Court using the CM/ECF system,

which served a notice of electronic filing on the following:

Bradford Rothwell Sohn, Esq.
Florida Bar No. 98788
The Brad Sohn Law Firm, PLLC
2600 South Douglas Rd., Ste 1007
Coral Gables, FL  33134-4096
Phone:  (786) 708-9750
Facsimile:  (305) 397-0650
brad@sohn.com
Attorney for Defendant Matthew Price

Steven T. Gebelin, Esq.
(*Pro Hac Vice* application to be filed)
8383 Wilshire Blvd., Suite 520
Beverly Hills, CA 90211

Phone:  (310) 341-3072
Facsimile:  (310) 341-3070
steven@syversonlaw.com
Attorney for Defendant Matthew Price


*/s/ G. Wrede Kirkpatrick*
Attorney

3