UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:18−cv−08655−R−E | Date  9/3/2019 |
| Title | CHARIF KAZAL ET AL V. MATTHEW PRICE | |

Present :   The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Christine Chung | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Benjamin Taylor                     Steven Gebelin

**Proceedings:**   **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 5 days): | May 5, 2020 at 09:00 AM |
| Pretrial Conference: | April 20, 2020 at 09:00 AM |
| Motion Cut−Off Date (last day to file): | February 20, 2020 |
| Discovery Cut−Off Date: | February 6, 2020 |

Last day to motion the Court to add parties or amend complaint is 10/10/2019. Counsel inform the Court that they have selected settlement option number 1.

**IT IS SO ORDERED.**

0:03
Initials of Preparer:  cch